IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER DENNING,

    Plaintiff,                    No. CIV S-07-1235 LKK DAD P

    vs.

REYNOLDS, et al.,

    Defendants.           ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request to proceed in forma pauperis. In his complaint, plaintiff alleges that defendants have been deliberately indifferent to his medical needs during his confinement at Pleasant Valley State Prison and California State Prison, Corcoran. The alleged violations took place in Fresno County and Kings County, both of which are part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 3-120(d).

        Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the

/////

1

1 court. In light of 1996 amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's
2 request to proceed in forma pauperis.
3        Good cause appearing, IT IS HEREBY ORDERED that:
4        1. This court has not ruled on plaintiff's request to proceed in forma pauperis;
5        2. This action is transferred to the United States District Court for the Eastern
6 District of California sitting in Fresno; and
7        3. All future filings shall reference the new Fresno case number assigned and
8 shall be filed at:

>       United States District Court
>       Eastern District of California
>       2500 Tulare Street
>       Fresno, CA 93721

12 DATED: June 29, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

16 DAD:9:cm
denn1235.22