**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER DENNING, | 1:07-cv-00948-OWW-SMS PC |
| Plaintiff, | |
| vs. | ORDER TO SUBMIT CERTIFIED COPY OF PRISON TRUST ACCOUNT STATEMENT **OR** PAY FILING FEE |
| MICHAEL J. REYNOLDS, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has not, however, filed a **certified** copy of his prison trust account statement for the six (6) month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit a certified copy of his trust account statement in support of his request to proceed in forma pauperis, **or** pay the $350.00 filing fee.

In accordance with the above, IT IS HEREBY ORDERED that within **thirty (30) days** of the date of service of this order, plaintiff shall submit a certified copy of his prison trust account statement for the six (6) month period immediately preceding the filing of the complaint, or in the alternative, pay the $350.00 filing fee for this action. Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:     July 25, 2007**                              **/s/ Sandra M. Snyder**
                                                  UNITED STATES MAGISTRATE JUDGE

1