# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER DENNING,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. REYNOLDS, et al.,<br><br>　　　　　Defendants.<br>　　　　　　　　　　　　　　　　／ | CASE NO. 1:07-cv-00948-OWW-SMS PC<br><br>ORDER DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO OBEY A COURT ORDER<br><br>(Docs. 14 and 15) |

　　　Plaintiff Christopher Denning ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

　　　On May 16, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on Plaintiff and which contained notice to Plaintiff that any objection to the Findings and Recommendations was to be filed within thirty days. No objection was filed.

　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

　　　Accordingly, IT IS HEREBY ORDERED that:

　　　1.　　The Findings and Recommendations, filed May 16, 2008, is adopted in full; and

///
///
///

2.   This action is dismissed, without prejudice, for failure to obey the Court's order.

IT IS SO ORDERED.

**Dated:   July 9, 2008**                              /s/ Oliver W. Wanger
                                                       UNITED STATES DISTRICT JUDGE